UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL D. WILSON,

                Plaintiff,        Civil Action No. 14-14525
                                    Honorable John Corbett O'Meara
                                    Magistrate Judge David R. Grand

v.

BAYVIEW LOAN SERVICING, LLC,

                Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO COMPEL AND TO STRIKE INITIAL DISCLOSURES [13]

Before the Court is Plaintiff Earl Wilson's Motion to Compel Discovery Requests Sent From Defendant Bayview and Strike Their Initial Disclosures (Doc. #13), which was referred to this Court for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A) (Doc. #14). On April 23, 2015, this Court held an informal telephonic conference with the parties' counsel, during which it was agreed as follows:

- On or before **May 1, 2015**, Defendant will provide Plaintiff with supplemental responses to Plaintiff's Interrogatory Nos. 1, 3, 4, 9, 11, 12, 13, 14, 15, and 16.

- On or before **May 1, 2015**, Defendant will supplement its Rule 26(a)(1) Initial Disclosures to indicate that Marilyn Coro was *formerly* employed by Defendant. Defendant will also, by this same date, undertake a good faith effort to determine and provide to Plaintiff's counsel Ms. Coro's last known address and telephone number.

As discussed on the telephone call, the Court will not award monetary sanctions at this time, nor will it strike Defendant's initial disclosures. The Court expects both sides to timely supplement discovery responses and respond to future discovery requests, and it will consider awarding sanctions in appropriate circumstances.

For the foregoing reasons, the Court **GRANTS IN PART** Plaintiff's motion (**Doc. #13**)

to the extent that Defendant must supplement certain interrogatory responses and its initial disclosures, as specified above, **on or before May 1, 2015**, and **DENIES IN PART** Plaintiff's motion to the extent it requests monetary sanctions and seeks to strike Defendant's initial disclosures.

    **IT IS SO ORDERED.**

Dated: April 23, 2015                           s/David R. Grand
Ann Arbor, Michigan                      DAVID R. GRAND
                                             United States Magistrate Judge

## NOTICE TO THE PARTIES REGARDING OBJECTIONS

    The parties' attention is drawn to Fed. R. Civ. P. 72(a), which provides a period of fourteen (14) days from the date of receipt of a copy of this order within which to file objections for consideration by the district judge under 28 U.S. C. §636(b)(1).

## CERTIFICATE OF SERVICE

    The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 23, 2015.

                                                       s/Eddrey O. Butts
                                                       EDDREY O. BUTTS
                                                       Case Manager