# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EARL D. WILSON,

    Plaintiff,

Case No. 5:14-cv-14525-JCO-DRG

v

Honorable John Corbett O'Meara

BAYVIEW LOAN SERVICING,

    Defendant.

| | |
|---|---|
| BRIAN P. PARKER (P48617) | KELLIE M. BLAIR (P58642) |
| LAW OFFICES OF BRIAN P. PARKER, P.C. | MATTA BLAIR, PLC |
| Attorney for Plaintiff | Attorney for Defendant |
| 2000 Town Center, Suite 1900 | 39572 Woodward Avenue, Suite 200 |
| Southfield, MI 48075 | Bloomfield Hills, MI 48304 |
| (248) 642-6268/659-1733 Fax | (248) 593-6100/593-6116  Fax |
| brianparker@collectionstopper.com | kblair@mattablair.com |

## ORDER OF DISMISSAL

Upon stipulation of the parties;

**IT IS HEREBY ORDERED** that Plaintiff's complaint and claims against Bayview Loan Servicing are dismissed with prejudice and without costs or attorney's fees to any party.

**IT IS FURTHER ORDERED** that this Order resolves the last pending claim and closes the case.

Date: September 30, 2015                                s/John Corbett O'Meara
                                                                          United States District Judge